Mary Jane Maloney, a minor, by Thomas J. Maloney, her father and next friend, appellee, v. Bird Theatre Corporation, appellant. Gen. No. 38,192.

Opinion filed November 12, 1935.

W. K. Kidwell and Andrew J. Farrell, for appellant. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Vincent G. Gallagher, appellee, v. Eli Metcoff, appellant. Gen. No. 38,202.

Opinion filed November 12, 1935.

David K. Tone, for appellant. Bernard McDevitt, Jr., for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Anton O. Satrang, appellant, v. City of Chicago, appellee. Gen. No. 38,221.

Opinion filed November 12, 1935. Rehearing denied November 26, 1935.

Urion, Bishop & Sladkey, for appellant; Howard F. Bishop, of counsel. Barnet Hodes, Corporation Counsel, for appellee; John W. McCarthy, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Cyrus H. McCormick et al., appellees, v. James C. O'Brien, Jr., appellant. Gen. No. 38,245.

Opinion filed November 12, 1935. Rehearing denied and opinion modified November 26, 1935.

McCarthy & Toomey, for appellant. Clyde O. Hornbaker, for appellees; George R. Harbaugh, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.